1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONETT TORRES,                    No.  2:15-cv-0198 TLN CKD

12              Plaintiff,

13         v.                             ORDER

14    CARESCOPE LLC, et al.,

15              Defendants.

16

17         Plaintiff's motion to compel came on regularly for hearing on December 7, 2016.[1]  Joseph

18    Sutton appeared for plaintiff.  Sharon Futerman appeared for defendants.  Upon review of the

19    documents in support and opposition, upon hearing the arguments of counsel, and good cause

20    appearing therefor, THE COURT ORDERS AS FOLLOWS:

21         1.  The motion to compel (ECF no. 17) is granted in part and denied in part.

22         2.  The motion is denied with respect to production of documents.

23         3.  The motion to compel is granted with respect to interrogatories nos. 1-3.  Within

24    fourteen days, further responses shall be provided, limited to caregivers for the time period 2012-

25    to the present.  Any discovery produced pursuant to this order shall be used solely for purposes of

26    /////

27    _____

      [1] The court reminds the parties that resolution of discovery disputes is available under the
28    informal procedures set forth on the undersigned's court website.

                                   1

1    this litigation and shall be subject to a stipulated protective order, which shall be submitted by the

2    parties within fourteen days.

3    Dated:  December 8, 2016

4                                                        _____
                                                         CAROLYN K. DELANEY
5                                                        UNITED STATES MAGISTRATE JUDGE

6

7    4 torres0198.oah

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28