UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONETT TORRES, on behalf of all current and former employees and the State of California,<br><br>Plaintiff,<br><br>v.<br><br>CARESCOPE LLC d/b/a A VOICE FOR SENIORS, BIANCA VUE, and FRANK SIM,<br><br>Defendants. | No. 2:15-cv-00198-TLN-CKD<br><br>**ORDER** |

This matter involves an alleged class action for wage and hour violations. The Court issued a Pretrial Scheduling Order on July 6, 2016. (ECF No. 16.) The Scheduling Order set the date for a Motion for Class Certification for May 4, 2017. The Court issued a Minute Order on May 12, 2017, notifying Plaintiff of her failure to timely file her Motion for Class Certification. (ECF No. 30.) The Court ordered the parties to file an updated Joint Status Report within 30 days of the Minute Order or risk the imposition of sanctions. (ECF No. 30.) The parties filed an updated Joint Status Report on June 9, 2017, but did not address the issue of Plaintiff's failure to timely file a Motion for Class Certification and its effect on the dates in the Scheduling Order. (ECF No. 31.)

The case cannot progress without a determination on a Motion for Class Certification or

decision to pursue the claims as an individual.  If Plaintiff wishes to proceed with a class action, she is required to file a Motion for Class Certification.  Accordingly, Plaintiff is ORDERED to file her Motion for Class Certification within thirty (30) days of this order.  Additionally, the parties are ORDERED to file an updated Joint Status Report on the same date proposing new dates with regards to the remainder of the Scheduling Order.  If Plaintiff has chosen to continue as an individual, then the parties shall propose new dates for discovery and preparation for trial.  Failure to adhere to this Court will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: June 15, 2017

Troy L. Nunley
United States District Judge