UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONETT TORRES, on behalf of all current and former employees and the State of California,<br><br>Plaintiff,<br><br>v.<br><br>CARESCOPE LLC (dba VOICE FOR SENIORS) AND FRANK SIM,<br><br>Defendants. | No.  2:15–cv–0198-TLN-CKD<br><br><br>ORDER |

Plaintiff Antonett Torres filed this wage and hour class action alleging defendants failed to properly maintain records reflecting employees' hours worked and failed to compensate plaintiff and other non-exempt employees for all hours worked. On October 6, 2021, plaintiff moved to compel the production of documents from defendant Carescope, LLC (dba A Voice for Seniors). (ECF No. 68.) A hearing on this matter took place via Zoom on October 27, 2021. Following that hearing, the court directed the parties to file a further updated joint statement regarding the status of their discovery dispute no later than December 1, 2021.

The further updated joint statement is before the court. (ECF No. 76.) The parties state they have reached a compromise and they believe this dispute will be resolved once defendant's counsel obtains a verified discovery response and serves it on plaintiff's counsel. The parties request the court to set a due date for a further status report approximately 30 days out.

1

     Good cause appearing, IT IS HEREBY ORDERED that the parties shall file a further updated joint statement regarding the status of their discovery dispute no later than January 3, 2022.

Dated:  December 6, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.torr0198.status