STAN S. MALLISON (SBN 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
HEATHER HAMILTON (SBN 332545)
  HHamilton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – DISTRICT OF SACRAMENTO

| | |
|---|---|
| ANTONETT TORRES, on behalf of all current and former employees and the State of California<br><br>Plaintiff,<br><br>vs.<br><br>CARESCOPE LLC (dba VOICE FOR SENIORS) and FRANK SIM<br><br>Defendants. | CASE NO.: 2:15-CV-00198-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING CONTINUATION OF DEADLINE**<br><br><br>HONORABLE JUDGE ALLISON CLAIRE<br><br><br>COMPLAINT FILED: JANUARY 26, 2015<br>ASSIGNED TO JUDGE TROY L. NUNLEY |

i

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND DEADLINE
*CASE NO. 2:15-cv-00198-TLN-CKD*

# [PROPOSED] ORDER

The Court, having fully considered Plaintiff's request for continuation of Parties' deadline to submit the settlement agreement,

**HEREBY ORDERS** as follows:

Parties' deadline to submit the settlement agreement be extended by two weeks until May 12, 2022;

Parties' deadline to submit dismissal of the action be extended by two weeks until May 27, 2022.

**IT IS SO ORDERED.**

Dated: April 29, 2022                              _____
                                                   ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND DEADLINE
CASE NO.  2:15-cv-00198-TLN-CKD