STAN S. MALLISON (SBN 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
HEATHER M. HAMILTON (SBN 332545)
  HHamilton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONETT TORRES, | Case No. 2:15-CV-00198-TLN-CKD |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER TO AMEND DISMISSAL DATE TO COMPLY WITH SETTLEMENT AGREEMENT |
| CARESCOPE, LLC dba VOICE FOR SENIORS, | |
| Defendant, | *Before Magistrate Judge Caroline K. Delaney* |
| | Proposed Dismissal Date: May 25, 2024 |

# STIPULATION

Plaintiff Antonett Torres ("Plaintiff"), by and through her counsel, the law firm of Mallison & Martinez, and Defendant CARESCOPE, LLC dba VOICE FOR SENIORS ("Defendant"), by and through its counsel, Levangie Law Group, hereby stipulate and agree to amend Plaintiff dismisal date to comply with the settlement agreement as a matter of course.

WHEREAS, on May 20, 2022, the Parties finalized a Settlement Agreement and Release of All Claims;

WHEREAS, the Parties agreed that Defendant shall make a Settlement Payment in quarterly installments after an initial payment of $25,000;

WHEREAS, the Parties determined that Defendant shall make its final quarterly installment on May 15, 2024;

WHEREAS, Plaintiff agreed to dismiss the litigation in its entirety with prejudice within 10 business days of the receipt of the final payment by Plaintiff's Counsel.

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court amend the dismissal date as follows:

- Plaintiff's deadline to submit a Request of Dismissal of the Litigation with prejudice is set on May 25, 2024 contingent on Defendant's compliance with the payment schedule.

IT IS SO STIPULATED.

DATED: June 22, 2022          **MALLISON & MARTINEZ**

By: _____
Stan S. Mallison
Hector R. Martinez
Heather M. Hamilton

**Attorneys for Antonett Torres**

**JOINT STIPULATION AND PROPOSED ORDER TO AMEND DISMISSAL DATE TO COMPLY WITH SETTLEMENT AGREEMENT**

| | | |
|---|---|---|
| 1 | **DATED:**  June 22, 2022 | **LEVANGIE LAW GROUP** |
| 2 | | |
| 3 | | By: ____/s/_____ |
| 4 | | Michael J. Levangie |
| | | Sharon B. Futerman |
| 5 | | **Attorneys for Defendant** |
| 6 | | **CARESCOPE, LLC dba VOICE FOR SENIORS** |

**JOINT STIPULATION AND PROPOSED ORDER TO AMEND DISMISSAL DATE TO COMPLY WITH SETTLEMENT AGREEMENT**

# ORDER

The Court, having fully considered the settlement agreement, HEREBY ORDERS that

1. Plaintiff's deadline to submit a Request of Dismissal of the Litigation with prejudice be set on May 25, 2024 contingent on Defendant's compliance with the payment schedule.

2. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

Dated:  June 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE