1 | STAN S. MALLISON (Bar No. 184191)
   | StanM@TheMMLawFirm.com
2 | HECTOR R. MARTINEZ (Bar No. 206336)
   | HectorM@TheMMLawFirm.com
3 | MALLISON & MARTINEZ
   | 1939 Harrison Street, Suite 730
4 | Oakland, California 94549
   | Telephone: (510) 832-9999
5 | Facsimile:  (510) 832-1101

6 | Attorneys for Plaintiff

7 | Shawn C. Loorz (Bar No. 250985)
   | LEVANGIE LAW GROUP
8 | 2021 N Street
   | Sacramento, CA 95811
9 | Telephone: (916) 443-4849
   | Facsimile:  (916) 443-4855

11 | Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ANTONETT TORRES, on behalf of all current and former employees and the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CARESCOPE LLC (dba VOICE FOR SENIORS) and FRANK SIM,<br><br>Defendants. | Case No.: 2:15-cv-00198-TLN-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>*Before the Honorable Troy L. Nunley* |

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

## **STIPULATION**

The parties, Plaintiff ANTONETT TORRES ("Plaintiff"), on the one hand, and Defendants CARESCOPE LLC (dba VOICE FOR SENIORS) and FRANK SIM ("Defendants"), on the other, hereby stipulate that this action be dismissed in its entirety with prejudice, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 28, 2024                             **MALLISON & MARTINEZ**

                                        By:    /s/ Stan Mallison
                                               Stan Mallison
                                               Hector Martinez
                                               Attorneys for Plaintiff

Dated: May 28, 2024                             **LEVANGIE LAW GROUP**

                                        By:    /s/ Shawn C. Loorz
                                               Shawn C. Loorz
                                               Attorney for Defendants

## ORDER OF DISMISSAL

Based on the Parties' foregoing stipulation, IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: May 28, 2024

Troy L. Nunley
United States District Judge